# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| CLEVELAND D. ENMON, JR. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MAGISTRATE JUDGE JAMES E. )<br>GRAHAM, BRIAN T. RAFFERTY, )<br>JEFFREY BUERSTATTE, )<br>and MICHAEL MARBERT, )<br>)<br>Defendants. ) | Case No. CV213-145 |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED**, this 11 day of June, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA